# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**DA'VHON YOUNG,**
**#150898,**

    *Plaintiff,*

v.                                     Case No.: 4:20cv359-MW/MAF

**WALT McNEIL,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 9. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1 and for want of prosecution." The Clerk shall close the file.

**SO ORDERED** on November 20, 2020.

                                                s/Mark E. Walker         
                                                **Chief United States District Judge**